**Order filed December 13, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00952-CV

_____

**IN THE INTEREST OF E.R.G., A CHILD, Appellant**

**V.**

**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES,**
**Appellee**

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-04728J**

## ORDER

This an accelerated appeal in a parental termination case from a decree of termination signed August 21, 2018. The clerk's record was filed November 5, 2018. The record reflects the notice of appeal was filed October 26, 2018.

Appellant alleges she did not receive notice of the judgment until October 9, 2018. Pursuant to Texas Rule of Civil Procedure 306a, appellant must provide a written order signed by the trial court finding the date when appellant first either

received notice or acquired actual knowledge the judgment was signed. *See* Tex. R. App. P. 4.2(c); *see also LDF Construction, Inc. v. Texas Friends of Chabad Lubavitch, Inc.*, 459 S.W.3d 720, 724 (Tex. App.—Houston [14th Dist.] 2015, no pet.) (the date must be established by competent proof and included in a written order signed by the trial judge).

We have a record of appellant's motion for new trial wherein appellant explained to the trial court that did she did not receive actual notice of the final decree in this case until October 9, 2018. During that hearing the trial court refrained from ruling on whether the motion for new trial was timely; thus, the trial court did not make the finding necessary for relief under Texas Rule of Civil Procedure 306a.The trial court, however, did state it would assume the motion was timely for the purpose of denying the motion.

Accordingly, we order the trial court to hold a hearing and issue an order finding the date when appellant first either received notice or acquired actual knowledge that the order was signed. A supplemental clerk's record containing the trial court's order shall be filed with the clerk of this court **by December 31, 2018.**

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Donovan.